UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 08 36 S

| | | |
|---|---|---|
| MILLIE MICHAEL | : | |
| Plaintiff | : | |
| | : | C.A. No. 08- |
| v. | : | |
| | : | |
| THE STOP AND SHOP | : | ***Jury Trial Demand*** |
| SUPERMARKET COMPANY, LLC | : | |

**COMPLAINT**

**PARTIES**

1. Plaintiff is a citizen of the State of Rhode Island and resides in Cranston, Rhode Island.

2. Defendant is a foreign limited liability company organized and existing under the laws of the State of Delaware and is qualified to do business in this State.

**GENERAL ALLEGATIONS**

3. Defendant maintains a public supermarket business located at 200 Atwood Avenue in Cranston, Rhode Island (hereinafter referred to as the "Premises").

4. On April 18, 2007, the Supermarket was open for business to the general public. The weather on that date was stormy with precipitation.

5. At approximately 2:00 PM on April 18, 2007, Plaintiff, Millie Michael entered the Premises through its front doors.

6. Immediately upon encountering a tiled floor surface inside the front doors, Plaintiff, Millie Michael slipped on the floor surface which was wet, propelling her into a glass display case. When Plaintiff's head struck the case, the glass broke and she fell onto her right arm.

## COUNT I

7. The allegations set forth in Paragraphs 1 through 6 above are incorporated herein as if set forth again in full.

8. Defendant owed Plaintiff a duty to use reasonable care in the care and maintenance of the Premises in order to avoid defective conditions which posed an unreasonable risk of harm to persons reasonably expected to be on the premises, such as Plaintiff.

9. Defendant breached its duty as aforesaid.

10. As a direct and proximate result of Defendant's breach of its duty of care, Plaintiff suffered serious and grave personal injuries which have required that she spend great sums to cure, relieve and rehabilitate herself from the effects thereof, along with severe and permanent pain and suffering and a loss of earnings capacity.

WHEREFORE Plaintiff demands judgment against Defendant in an amount that satisfies the jurisdictional requirements of this Court, together with interest and all costs of suit.

Plaintiff
By her Attorney

DAVID J. OLIVEIRA, ESQ. #2516
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
doliveira@djolaw.com

***Plaintiff demands a trial by jury and designates David J. Oliveira, Esq. as trial counsel.***