AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

MILLIE MICHAEL
V.
THE STOP AND SHOP
SUPERMARKET COMPANY, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-36S

TO: (Name and address of Defendant)

Serve Upon: Registered Agent
CORPORATION SERVICE COMPANY
222 Jefferson Boulevard,Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Oliveira, Esq.
155 South Main Street
Suite 305
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

DATE 1-25-08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-28-08 |
|---|---|
| NAME OF SERVER (PRINT) [illegible] | TITLE D-Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): [illegible] Corporation Service Company [illegible] Chris Bergner

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 35.00 | TOTAL 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-25-08 (Date) [signature] (Signature of Server)

[illegible] Springfield MA 01104 (Address of Server)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.