UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MILLIE MICHAEL :

VS. : C.A. NO. 08-36S

THE STOP AND SHOP SUPERMARKET :
COMPANY, LLC

JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move that the time that an answer to plaintiff's complaint shall be served will be March 19, 2008.

David J. Oliveira - #2516
155 South Main Street
Providence, Rhode Island 02903
401-274-9191
FAX: 401-274-9190

Robert W. Smith - #1874
155 South Main Street
Providence, Rhode Island
401-751-1500
FAX: 401-751-4124

February 28, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MILLIE MICHAEL :

VS. : C.A. NO. 08-36S

THE STOP AND SHOP SUPERMARKET :
COMPANY, LLC

MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Attorneys on behalf of defendant, The Stop and Shop Supermarket Company, LLC, did not receive the file until Friday, February 15, 2008. For that reason, the parties have agreed and have moved that the date the answer is due be extended to March 19, 2008.

Respectfully submitted,
The Stop and Shop Supermarket Company, LLC

Robert W. Smith - #1874
155 South Main Street
Providence, Rhode Island
401-751-1500
FAX: 401-751-4124

February 28, 2008