UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MILLIE MICHAEL :

VS. : C.A. NO. 08-36S

THE STOP AND SHOP SUPERMARKET COMPANY, LLC :

DEFENDANT, THE STOP & SHOP SUPERMARKET COMPANY LLC'S, ANSWER TO PLAINTIFF'S COMPLAINT

Now comes the defendant, The Stop & Shop Supermarket Company LLC, and denies each and every allegation contained in the plaintiff's complaint, except those allegations which are hereinafter expressly admitted.

1, Defendant, The Stop & Shop Supermarket Company LLC, is an out of state company licensed to do business in the State of Rhode Island.

2. Defendant, The Stop & Shop Supermarket Company LLC, specifically denies that it was negligent.

3. Defendant, The Stop & Shop Supermarket Company LLC, specifically denies that the premises were in a defective condition or posed an unreasonable risk of harm at the time of the incident in question.

4. Defendant, The Stop & Shop Supermarket Company LLC, specifically raises the defense of assumption of risk.

WHEREFORE, defendant, The Stop & Shop Supermarket Company LLC, demands judgment against the plaintiff, together with costs and further demands that plaintiff's complain be dismissed.

By its Attorney,

s/Robert W. Smith - #1874
Robert W. Smith - #1874
155 South Main Street
Providence, Rhode Island
401-751-1500
FAX: 401-751-4124

Defendant, The Stop and Shop Supermarket Company, LLC, hereby claims a trial by jury.

CERTIFICATION

I hereby certify that a copy of the within answer was forwarded to David J. Oliveira, Esquire, 155 South Main Street, Providence, Rhode Island 02903 on the 17th day of March, 2008, postage prepaid, regular mail and/or hand-delivered.

s/Jean Ginolfi

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MILLIE MICHAEL | : | |
| VS. | : | C.A. NO. 08-36S |
| THE STOP AND SHOP SUPERMARKET COMPANY, LLC | : | |

STIPULATION

I hereby enter my appearance on behalf of the defendant, The Stop & Shop Supermarket Company LLC in the above-captioned matter.

Robert W. Smith #1874 s/Robert W. Smith
Attorney for Defendant

March 17, 2008